**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MIDFIRST BANK,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:22-CV-333-M-BH** |
| | § | |
| **JAMIRA S. ROBINSON and VINSHA** | § | |
| **LASHA SCOTT, AS THE LEGAL** | § | |
| **GUARDIAN FOR MINOR AMR,** | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *Motion for Default Judgment against Defendants and Brief in Support Thereof,* filed April 20, 2022 (doc. 13), is **GRANTED**. By separate default judgment against the defendants, the plaintiff will be authorized to foreclose on the real property located at 9613 Whistler Drive, Dallas, Texas 75204.

**SIGNED THIS 20th day of March, 2023.**

**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE**